Annie A. Wright et al., Appellants, *v.* The Warrior Run Mining Company.

Argued April 14, 1897. Appeal, No. 148, Jan. Term, 1897, by plaintiffs, from decree of C. P. Luzerne Co., June T., 1890, on bill in equity. Before WILLIAMS McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

*H. W. Palmer* and *George R. Bedford*, for appellants.

*Alexander Farnham*, for appellee.

OPINION BY MR. JUSTICE DEAN, October 11, 1897:

This is an appeal by plaintiffs from the same decree as in No. 146, January term, 1897, appeal by defendant, in which last, an opinion has been handed down this day, ante, p. 514. All the questions raised by the assignments of error on this appeal have been in effect overruled in the opinion in that case. Therefore, the decree as modified in that case is affirmed, and this appeal is dismissed at costs of appellants.